# United States District Court
# Eastern District of California

Kala Tranay Henderson

Plaintiff(s)

V.

Safety Holdings, Inc. d/b/a Samba Safety

Defendant(s)

Case Number: 1:26-CV-07743-KES-HBK

ORDER APPROVING
APPLICATION FOR PRO HAC VICE
(Doc. 9)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Amanda G. Sperow hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant Safety Holdings, Inc. d/b/a Samba Safety

On May 6, 2022 (date), I was admitted to practice and presently in good standing in the State of Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: November 9, 2026

Signature of Applicant: /s/ Amanda G. Sperow

**Pro Hac Vice Attorney**

Applicant's Name: Amanda G. Sperow

Law Firm Name: Lewis Brisbois Bisgaard & Smith LLP

Address: 90 S. 7th Street

Suite 2800

City: Minneapolis State: MN Zip: 55402

Phone Number w/Area Code: 612-428-5000

City and State of Residence: Minneapolis, MN

Primary E-mail Address: Amanda.Sperow@lewisbrisbois.com

Secondary E-mail Address: Margaret.Sundquist@lewisbrisbois.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Shane Singh

Law Firm Name: Lewis, Brisbois, Bisgaard & Smith LLP

Address: 2485 Natomas Park Drive

Suite 450

City: Sacramento State: CA Zip: 95833

Phone Number w/Area Code: 916-564-5400 Bar # 202733

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 17, 2026

Helena M. Barch-Kuchta

MAGISTRATE JUDGE, U.S. DISTRICT COURT